The People of the State of Illinois, Plaintiff-Appellee, *v.* George Gupton Swinney, Defendant-Appellant.

(No. 11482; )

Fourth District—October 8, 1971.

Opinion by Mr. PRESIDING JUSTICE SMITH.

John F. McNichols, of Defender Project, of Springfield, (J. Daniel Stewart, Staff Attorney, of counsel,) for appellant.